UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

                                                            :       MAGISTRATE NO. 10-2531(DEA)

v.                              :

                                                            :       ORDER

LYDELL B. SHERRER              :

      The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

      It is on this   __12TH__   day of   __OCTOBER__  , 2010,

      ORDERED that   __LISA VAN HOECK__   from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court. *Subject to review.*

                                                        _____
                                                        DOUGLAS E. ARPERT, U.S.M.J.
                                                        United States Magistrate Judge